orari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Paul Ware* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 1201. ENGINEERS CLUB OF PHILADELPHIA *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. John E. Hughes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 1223. HOULIHAN *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur Garfield Hays* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 1234. PEOPLES NATURAL GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION. June 1, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. William Watson Smith,, William Stanley, Max O'Rell Truitt, Carl McFarland,* and *William H. Eckert* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel, Oscar H. Davis,* and *Richard J. Connor* for respondent.

No. 1235. GOLDEN GATE BRIDGE & HIGHWAY DISTRICT *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Cir-